**Sebastino Lorenzo, Appellant, v. Thomas M. Hunter, Bailiff, et al., Appellees.**

**Gen. No. 19,052. (Not to be reported in full.)**

**Sebastino Lorenzo, Appellant, v. Thomas M. Hunter, Bailiff, Appellee.**

**Gen. No. 19,053. (Not to be reported in full.)**

Appeal from the County Court of Cook county; the Hon. W. F. SLATER, Judge, presiding. Heard in this court at the October term, 1912. Affirmed. Opinion filed March 30, 1914.

### Statement of the Case.

Action of replevin by Sebastino Lorenzo against Thomas M. Hunter, Gatina Canino and Terisina Canino to recover certain horses, harness and wagons. Subsequently the plaintiff sued out another writ against Thomas M. Hunter, bailiff of the Municipal Court, to recover certain horses, harness and wagons. Some of the chattels apparently are described in both writs. The suits were heard at the same time and judgment was entered in each, the court finding the right of possession in the "defendant" and assessing damages at one cent. The plaintiff appealed from both judgments, and the appeals were consolidated for hearing.

BENJAMIN E. COHEN, for appellant.

A. G. DICUS, for appellee.

MR. JUSTICE McSURELY delivered the opinion of the court.

### Abstract of the Decision.

1. APPEAL AND ERROR, § 1088*—*effect of failure of briefs to argue assignments of error.* Assignments of error not argued in appellant's brief are waived.

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.

2. COSTS, § 67*—*when statutory damages for prosecuting appeal for delay not allowable.* On appeal from a judgment assessing damages at one cent, statutory damages for prosecuting an appeal for delay, as provided for in section 23, ch. 33, Hurd's R. S., J. & A. ¶ 2737, cannot be awarded as ten per cent. of the amount of the judgment as damages is too small to be considered.

3. REPLEVIN, § 150*—*when finding responsive to issues.* A finding in replevin that the right to possession is in the defendant is responsive to the issues where the plaintiff claimed to be entitled to possession of the goods and defendant's plea traversed such claim.

4. REPLEVIN, § 137*—*when damages may be assessed against plaintiff.* In replevin where the right of property is adjudged to be in the defendant, damages may be assessed against the plaintiff by the court.